UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HONEY BLOSSOM LLC,                    24-cv-8021 (JGK)

        Plaintiff,                ORDER

    - against -

GTM AMERICA LLC D/B/A ALANTRA
LOGISTICS, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference on **January 8, 2025**, at **4:00 p.m.**

    Dial-in: 646-453-4442, with access code 675 278 33#.

SO ORDERED.

Dated:    New York, New York
            December 23, 2024

                                              John G. Koeltl
                                    United States District Judge