UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HONEY BLOSSOM LLC,

                Plaintiff,          24-cv-8021 (JGK)

    - against -                 ORDER

GTM AMERICA LLC D/B/A ALANTRA
LOGISTICS,

                Defendant.

---

JOHN G. KOELTL, District Judge:

As discussed at the conference held on January 8, 2025, the parties are directed to provide an update regarding the status of the case by **January 29, 2025**.

SO ORDERED.

Dated:    New York, New York
            January 23, 2025

                                          John G. Koeltl
                                  United States District Judge