UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HONEY BLOSSOM LLC,

                      Plaintiff(s)

        -against-

GTM AMERICA LLC, d/b/a Alantra Logistics, et al.,
                             Defendant(s).
---------------------------------------------------------------X

24 civ 8021 (JGK)

## ORDER

The conference scheduled for Monday, February 24, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         February 19, 2025