UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HONEY BLOSSOM LLC,

                Plaintiff,        24-cv-8021 (JGK)

    - against -              ORDER

GTM AMERICA LLC D/B/A ALANTRA
LOGISTICS, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update to the Court by **March 21, 2025.**

SO ORDERED.
Dated:    New York, New York
            March 14, 2025

                                        John G. Koeltl
                                  United States District Judge