```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

HONEY BLOSSOM LLC,

          Plaintiff,         24-cv-8021 (JGK)

   - against -          <u>ORDER</u>

GTM AMERICA LLC D/B/A ALANTRA
LOGISTICS, ET AL.,

          Defendants.

--------------------------------------

JOHN G. KOELTL, District Judge:

   As discussed at the conference held today, the defendant's motion to set aside the Clerk's Certificate of Default is **granted** and the Clerk's Certificate of Default is **vacated**. Defendant GTM America LLC should move or answer by **May 2, 2025**.

   The Clerk is directed to close ECF No. 22.

SO ORDERED.

Dated:   New York, New York
        March 27, 2025

                                                         John G. Koeltl
                                      United States District Judge